UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAY HORSE, *et al.,*

                       Plaintiffs,

    v.

DISTRICT OF COLUMBIA, *et al.,*

                       Defendants.

No. 1:17-cv-01216 (ABJ)

**NOTICE OF FILING OF REDACTED DOCUMENT**

Plaintiffs hereby file their Complaint with their addresses redacted, as ordered by the Court on June 22, 2017. The Sealed Complaint with the addresses included was filed as Docket Entry 4, also pursuant to the Court's June 22 order.

                                            Respectfully submitted,

                                            */s/ Scott Michelman*
                                            Scott Michelman (D.C. Bar No. 1006945)
                                            American Civil Liberties Union
                                               of the District of Columbia
                                            4301 Connecticut Avenue, N.W., Suite 434
                                            Washington, D.C. 20008
                                            Tel. 202-457-0800
                                            Fax 202-457-0805
                                            smichelman@acludc.org

June 23, 2017                              Counsel for Plaintiffs