UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>        Defendants. | No. 1:17-cv-1216 (ABJ) |

**ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the plaintiffs.

        /s/ *Arthur B. Spitzer*
        Arthur B. Spitzer (D.C. Bar No. 235960)
        American Civil Liberties Union of the District of Columbia
        4301 Connecticut Avenue, N.W., Suite 434
        Washington, DC 20008
        Tel. (202) 457-0800
        Fax (202) 457-0805
        aspitzer@acludc.org

July 17, 2017