UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | Civil Action No. 17-1216 (ABJ) |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Assistant Attorney General Matthew R. Blecher on behalf of defendants the District of Columbia and Peter Newsham in the above-captioned matter.

DATED: July 18, 2017.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

TONI MICHELLE JACKSON
Chief, Equity Section

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov