UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 17-1216 (ABJ) |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Assistant Attorney General Eric U. Johnson on behalf of defendants the District of Columbia and Peter Newsham in the above-captioned matter.

DATED:  July 20, 2017.          Respectfully submitted,

                                KARL A. RACINE
                                Attorney General for the District of Columbia

                                ELIZABETH SARAH GERE
                                Deputy Attorney General
                                Public Interest Division

                                */s/ Toni Michelle Jackson*
                                TONI MICHELLE JACKSON [453765]
                                Chief, Equity Section

                                */s/ Eric U. Johnson*
                                ERIC U. JOHNSON [1030661]
                                Assistant Attorney General
                                441 Fourth Street, N.W., Sixth Floor South
                                Washington, D.C. 20001
                                Telephone: (202) 724-7854
                                Facsimile:  (202) 741-8907
                                Email: eric.johnson@dc.gov