UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 17-1216 (ABJ) |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendants District of Columbia and Peter Newsham (defendants) move with plaintiffs' consent to extend the time to file their responsive pleadings by 60 days—until September 26, 2017—pursuant to Fed. R. Civ. P. (Rule) 6(b)(1). Rule 6(b)(1) provides for extensions of existing deadlines where "good cause" exists. Plaintiffs' Complaint [1], which was filed on June 21, 2017, and served on July 7, 2017, consists of 206 numbered paragraphs (spanning 41 pages) and asserts 16 constitutional and common law claims that purport to involve the actions of at least 170 individual District employees. Given this complexity, defendants will require considerably longer than the 21 days normally provided by Rule 12 to prepare an appropriate response. Sixty additional days should suffice; however, defendants

1

reserve the right to seek additional time if circumstances require.[1] No other existing deadline will be affected by this extension, no prior extensions have been requested or granted, and no party will suffer prejudice, as plaintiffs have given their consent. *See* LCvR 7(m). Defendants submit that the foregoing constitutes good cause and request that the Court grant this Motion. A Memorandum of Points and Authorities and a proposed order are attached.

DATED: July 21, 2017.                    Respectfully Submitted,

                                                   KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Chief, Equity Section

/s/ Amanda J. Montee
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 724-5691; (202) 442-9774; (202) 724-7854
Email: amanda.montee@dc.gov
        matthew.blecher@dc.gov

---

[1] The parties are currently conferring in an attempt to resolve plaintiffs' request for "expedited discovery," initially raised by motion on July 7, 2017, and denied without prejudice on July 11, 2017. If defendants are ultimately required to engage in significant discovery during the pleadings phase, they are likely to need an extension of time beyond what is requested by this Motion.

```
```
eric.johnson@dc.gov

*Counsel for the District of Columbia*