## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 17-1216 (ABJ) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

### DEFENDANTS' MOTION FOR A STAY OF THE DEADLINE TO FILE A RESPONSIVE PLEADING OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants District of Columbia and Peter Newsham (defendants) move under Fed. R. Civ. P. 6(b)(1) to stay the deadline with in which to file their responsive pleading until such time as they must respond to plaintiffs' first amended complaint, which plaintiffs intend to file. *See* Pls.' Mot. for Leave at 1 [15]. In the alternative, defendants move to extend the time within which to file their responsive pleading to the Complaint by 65 days—until November 30, 2017.

Federal Rule 6(b)(1) provides for extensions of existing deadlines where "good cause" exists. On August 23, 2017, plaintiffs filed a motion seeking leave to serve expedited discovery for the stated purpose of identifying additional defendants to name in an amended complaint. *Id.* Plaintiffs argue in their motion that "the timely identification of the Doe and Soe officers would allow those defendants to participate in the case from an earlier stage, which will be to the benefit of all parties—including them—and to the Court." *Id.* at 11. On this point, defendants

agree. Defendants seek a stay of the deadline to respond to plaintiffs' Complaint until any deadline to respond to plaintiffs' anticipated amended complaint because such a stay will allow the identified defendants to be involved at the earliest stage, and because the stay is in the interest of a just, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1.

In the alternative, defendants seek an extension of 65 days within which to file a response to the Complaint. Defendants' opposition to plaintiffs' Motion for Leave to Conduct Limited Expedited Discovery for the Purpose of Identifying "John Doe" Defendants is due September 8, 2017. Assuming plaintiffs file a reply, briefing on the motion for leave will not be complete until September 15, 2017—less than two weeks before defendants' response to plaintiffs' Complaint is due (September 26, 2017). An extension will provide time for the resolution of plaintiffs' motion for leave to file an amended Complaint before the deadline for defendants' response to the Complaint.

No other existing deadline will be affected by this extension and no party will suffer prejudice. Defendants consulted with plaintiffs' counsel as required by Local Rule 7(m); plaintiffs' counsel does not consent to this Motion and intends to file an opposition.[1] Defendants submit that the foregoing reasons constitute good cause

---

[1]    On August 14, 2017, plaintiffs' counsel stated plaintiffs would consent to the stay of defendants' response to the Complaint until the deadline to respond to an amended Complaint, on the condition that, subject to a protective order, the District consent to the proposed discovery that accompanied plaintiffs' Motion for Leave to Conduct Limited Expedited Discovery [15]. When the District refused consent to plaintiffs' discovery motion, plaintiffs' counsel stated plaintiffs would not consent to this Motion to Stay.

and request that the Court grant this Motion. A memorandum of points and authorities and a proposed order are attached.

DATED: August 30, 2017.                    Respectfully Submitted,

                                           KARL A. RACINE
                                           Attorney General for the District of Columbia

                                           ELIZABETH SARAH GERE
                                           Deputy Attorney General
                                           Public Interest Division

                                           /s/ Toni Michelle Jackson
                                           TONI MICHELLE JACKSON [453765]
                                           Chief, Equity Section

                                           /s/ Amanda J. Montee
                                           AMANDA J. MONTEE [1018326]
                                           MATTHEW R. BLECHER [1012957]
                                           ERIC U. JOHNSON [1030661]
                                           Assistant Attorneys General
                                           441 Fourth Street, N.W., Suite 600S
                                           Washington, D.C. 20001
                                           Phone: (202) 442-9774; (202) 442-5865; (202) 724-7854
                                           Email: matthew.blecher@dc.gov
                                                   amanda.montee@dc.gov
                                                   eric.johnson@dc.gov

                                           *Counsel for defendants the District of Columbia and Peter Newsham*