UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 17-1216 (ABJ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR A STAY OF THE DEADLINE TO FILE A RESPONSIVE PLEADING OR, IN THE ALTERNATIVE, AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

To support Defendants' Motion for a Stay of the Deadline to File a Responsive Pleading or, In the Alternative, An Extension of Time to Respond to Plaintiffs' Complaint, defendants District of Columbia and Peter Newsham rely on the following:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. Good cause, as described in the accompanying Motion; and

3. The inherent equitable powers of the Court.

DATED: August 30, 2017.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Chief, Equity Section

/s/ Amanda J. Montee
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774; (202) 442-5865; (202) 724-7854
Email: matthew.blecher@dc.gov
          amanda.montee@dc.gov
          eric.johnson@dc.gov

*Counsel for defendants the District of Columbia and Peter Newsham*

2