UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 17-1216 (ABJ) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs Shay Horse, Elizabeth Lagesse, Judah Ariel, and Milo Gonzalez have brought this civil rights action against the District of Columbia, the Chief of Police, and unnamed officers and supervisors of the Metropolitan Police Department ("MPD"). Compl. [Dkt. # 1]. The claims arise out of a series of protests and the police response on January 20, 2017, Inauguration Day. Plaintiffs seek to amend their complaint to add the names of the unnamed defendants, and in an effort to identify the individual officers involved in the alleged conduct, they have asked the Court to authorize certain limited expedited discovery. Mot. for Leave to Conduct Limited Expedited Disc. For Purpose of Identifying "John Doe" Defs. [Dkt. # 15] ("Pls.' Mot.").

Plaintiffs originally proposed three interrogatories, all related to the events occurring from approximately 10:00 a.m. through midnight on Inauguration Day, in the "vicinity of Logan Circle to the vicinity of Franklin Square," Proposed Interrogs. [Dkt. # 15-1] at 4, which is approximately a twenty-five square block area. The first interrogatory requested, for every officer present and on duty on Inauguration Day within the geographical perimeter, the officer's name, photograph, badge number, name or number of the officer's platoon or unit, if any, and whether the officer was equipped with various "chemical irritant" sprays on that day. *Id.* at 5. Interrogatory two requested,

for each officer who arrested any of the plaintiffs, that officer's name, photograph, badge number, and unit or platoon information. *Id.* at 5–6. And interrogatory three sought the names, photographs, badge numbers, and unit or platoon information of the officers who conducted post-arrest searches of plaintiffs Horse and Gonzalez. *Id.* at 6.

Defendants objected to the discovery, arguing that it was "unreasonable," "overbroad," and "disproportionate," and that some of the information requested raised "privacy, security, and national security concerns." Defs.' Opp. to Pls.' Mot. [Dkt. # 18] at 2. But, the District "agreed to provide plaintiffs with the names of the officers who arrested and searched them, and offered to make photographs of the officers in the area . . . available for inspection by plaintiffs and plaintiffs' counsel at MPD headquarters at their convenience." *Id.* Once plaintiffs identified the officers at issue in the case, the District agreed to "provide the information necessary for plaintiffs to name those officers in their Complaint." *Id.* The Court then ordered plaintiffs to inform the Court whether they objected to this proposal. Min. Order (Sept. 8, 2017).

Plaintiffs responded by agreeing to narrow the relevant timeframe to a forty-five minute window, between 10:00 a.m. and 10:45 a.m.,[1] and by agreeing to substantially narrow the proposed interrogatories. *See* 2d Proposed Interrogs. [Dkt. # 19-1]. Interrogatory one now requests the name, photograph, and badge number of each officer who was in the geographical perimeter and on duty during the incident, as well as any supervisors who ordered officers to deploy chemical irritants, block any intersections, or detain any persons, and information about whether officers were equipped with chemical irritants. *Id.* at 4. Interrogatory two seeks the names and badge numbers of the officers who ordered the arrests of plaintiffs or effectuated those arrests. *Id.* And

---

1   The timeframe for a specific four-block radius – L Street NW between 11th and 13th Streets NW, and 12th Street between Massachusetts Avenue and K Streets NW – is 10:45 a.m. to 7:00 p.m.

interrogatory three demands the names and badge numbers of the officers who performed the post-arrest searches on plaintiffs Horse and Gonzalez. *Id.*

The sole area of remaining disagreement is whether, and under what conditions, defendants must produce photographs of the large number of officers who were on duty and within the relevant geographic perimeter on Inauguration Day. In light of the plaintiffs' legitimate need for the information and the defendants' legitimate interest in protecting the security and privacy of its police officers, it is hereby

**ORDERED** that plaintiffs' motion for expedited discovery [Dkt. # 15] is **GRANTED IN PART**, subject to the terms of this order. Plaintiffs may propound the revised interrogatories that were attached to their reply brief. 2d Proposed Interrogs. [Dkt. # 19-1]. Defendant MPD must produce the photographs called for by Interrogatory Number 1 as it has now been narrowed, subject to the following protective order:

- Counsel for plaintiffs must retain custody and control of the photographs and may not provide copies to any person, including to any plaintiff or witness.

- The photographs must be shown to each plaintiff or witness individually and in person and may not be transmitted by text, fax, email, or any other electronic means, and they may not be posted on social media or any website.

- The officer's name must be redacted or blacked out if it is visible in any photograph before the photograph may be shown to any plaintiff or witness.

- Neither counsel, plaintiffs, nor any witness or any other person may copy the photographs, publish the photographs, post the photographs on social media, show the photographs to others, or use the photographs for any purpose other than to identify the unnamed defendants.

- Before showing the photographs to any plaintiff or witness, counsel must inform the person to be shown the photographs of the terms of this order and receive his or her agreement to comply in writing.

- Counsel for plaintiffs must return the photographs to defendants once the identification process has been completed and the amended complaint has been filed.

It is **FURTHER ORDERED** that defendants' motion to stay the deadline to file a responsive pleading [Dkt. # 16] is **GRANTED IN PART**. The following schedule will govern further proceedings in this matter:

- The District shall respond to the interrogatories by **October 13, 2017**.

- Plaintiffs shall file any amended complaint and return the photographs by **November 3, 2017**.

- Defendants shall file a responsive pleading by **November 29, 2017**.

Any motion to extend any date set forth in this order must be filed at least two business days before the date to be extended.

**SO ORDERED**.

/s/ Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: September 18, 2017