UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 17-1216 (ABJ)<br><br><br>**FILED**<br>OCT 1 2 2017<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## STIPULATED PROTECTIVE ORDER

The defendants having indicated their desire to share in confidence a particular video in order to persuade plaintiffs that particular allegations are unwarranted, and the plaintiffs agreeing to view such video, it is for good cause appearing, STIPULATED AND ORDERED that:

For purposes of this Order, the term "Blue Plains Video" means video surveillance footage from the tactical village at the District of Columbia Metropolitan Police Department Training Facility on January 20 and January 21, 2017.

The Blue Plains Video is to be provided by defendants to plaintiffs on the following conditions:

1. Counsel for plaintiffs must retain custody and control of the Blue Plains Video and may not provide copies to any person, including to any plaintiff or witness.

2. The Blue Plains Video must be shown to each plaintiff individually and in person and may not be transmitted by text, fax, email, or any other electronic means, and may not be posted on social media or any website.

3. Neither counsel, plaintiffs, or any other person may copy the Blue Plains Video, publish the Blue Plains Video, post the Blue Plains Video on social media, show the Blue Plains Video to others not connected with this litigation, or use the Blue Plains Video for any purpose other than for this litigation.

4. Before showing the Blue Plains Video to any plaintiff, counsel must inform the person to be shown the Blue Plains Video of the terms of this order and receive his or her agreement to comply in writing.

5. Plaintiffs acknowledge they are being provided the Blue Plains Video at this time for the limited purpose of considering defendants' request to withdraw particular allegations from the Complaint. Counsel for plaintiffs must return the Blue Plains Video to defendants once counsel has determined how to respond to defendants' request.

6. Nothing in this Order precludes the plaintiffs from re-obtaining the Blue Plains Video through the normal course of discovery, under whatever limitations and protective orders (if any) are determined by the Court to be appropriate to that disclosure.

APPROVED AND SO ORDERED this 12th day of October, 2017.

_____
THE HONORABLE AMY BERMAN JACKSON
Judge, U.S. District Court for the District of Columbia