AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Asst. Chief Robert Alder
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Robert Alder

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )   Civil Action No.  17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sergeant Anthony Alioto
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   1/4/2018                              /s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Anthony Alioto

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Aulio Angulo
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Aulio Angulo

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )    Civil Action No.  17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Dennis Baldwin
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Dennis Baldwin

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo
Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by
and through his mother Gwen Frisbie-Fulton)

_____

*Plaintiff(s)*

v.

D.C., Newsham, Deville, Greene, Alder, Carroll,
Niepling, Whiteside, Hill, Alioto, Murphy, Howden,
Rock, Thau, Washington, Baldwin, Flash, Steffes,
Roccato, Baskerville, Brooks, Vongkeo (& see below)

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Bruce Baskerville
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____1/4/2018_____          _____/s/ Nicole M. Wilkens_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bruce Baskerville

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Donald Bogardus
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ Nicole M. Wilkens

Date:   1/4/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Donald Bogardus

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Diane Brooks
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Diane Brooks

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cmdr. Jeffery Carroll
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jeffery Carroll

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Ferney Dennis
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ferney Dennis

was received by me on *(date)*　　　　　　　　　.

❏ I personally served the summons on the individual at *(place)*

　　　　　　　　　　　　　　　　　　　　　on *(date)*　　　　　　　　; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

　　　　　　　　　　　　　　　, a person of suitable age and discretion who resides there,

on *(date)*　　　　　　　　, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*　　　　　　　　　　　　　, who is

designated by law to accept service of process on behalf of *(name of organization)*

　　　　　　　　　　　　　　　　　　　　　on *(date)*　　　　　　　　; or

❏ I returned the summons unexecuted because　　　　　　　　　　　　　　; or

❏ Other *(specify):*

My fees are $　　　　　　 for travel and $　　　　　　 for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cmdr. KEITH DEVILLE
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   KEITH DEVILLE

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Courtney Flash
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Courtney Flash

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.   17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Asst. Chief Lamar Greene
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      1/4/2018                                              /s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lamar Greene
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) <br><br> *Plaintiff(s)* <br><br> v. <br><br> D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  17-cv-01216 (ABJ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sergeant Sean Hill
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sean Hill

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Harvy Hinostroza
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Harvy Hinostroza

was received by me on *(date)*                    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) <br><br> *Plaintiff(s)* <br><br> v. <br><br> D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Michael Howden
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Michael Howden

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Joseph Masci
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____1/4/2018_____          _____/s/ Nicole M. Wilkens_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Joseph Masci

was received by me on *(date)*                    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Michael Murphy
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Michael Murphy

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) <br><br> *Plaintiff(s)* <br><br> v. <br><br> D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lieutenant Paul Niepling
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Paul Niepling

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Kenneth Parker
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018
_____

/s/ Nicole M. Wilkens
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kenneth Parker

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Leonard Roccato
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:   1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Leonard Roccato

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Gregory Rock
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2018                          /s/ Nicole M. Wilkens

                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Gregory Rock

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) <br><br> *Plaintiff(s)* <br><br> v. <br><br> D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No.  17-cv-01216 (ABJ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Timothy Steffes
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018                                  /s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Timothy Steffes

was received by me on *(date)*  _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:  _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Daniel Thau
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Daniel Thau

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )   Civil Action No.  17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Phokham Vongkeo
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Phokham Vongkeo

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Melvin Washington
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Melvin Washington

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  17-cv-01216 (ABJ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lieutenant Michael Whiteside
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/4/2018
_____

/s/ Nicole M. Wilkens
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lieutenant Michael Whiteside

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Shay Horse, Judah Ariel, Elizabeth Lagesse, Milo Gonzalez; Gwen Frisbie-Fulton, A.S. (a minor, by and through his mother Gwen Frisbie-Fulton) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D.C., Newsham, Deville, Greene, Alder, Carroll, Niepling, Whiteside, Hill, Alioto, Murphy, Howden, Rock, Thau, Washington, Baldwin, Flash, Steffes, Roccato, Baskerville, Brooks, Vongkeo (& see below) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  17-cv-01216 (ABJ)

Dennis, Parker, Williams, Masci, Angulo, Bogardus, Hinostroza, John Doe Ofcr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Sequita Williams
c/o Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th St. NW, Second Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/4/2018

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sequita Williams

was received by me on *(date)*  _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: