**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

| Document Number | Document Description | Pages | Document Error |
|---|---|---|---|
| Document | Main document | 1 | **DOCUMENT COULD NOT BE RETRIEVED! However, it may still be viewable individually.** |
| Document 31 attachment | Attachment | 1 | **DOCUMENT COULD NOT BE RETRIEVED! However, it may still be viewable individually.** |
| Document 31 attachment | Attachment | 1 | **DOCUMENT COULD NOT BE RETRIEVED! However, it may still be viewable individually.** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Aulio Angulo

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia

*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Dennis Baldwin

was received by me on *(date)*        January 4, 2018        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia

*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bruce Baskerville

was received by me on *(date)*   January 4, 2018   .

    ☐ I personally served the summons on the individual at *(place)*

    _____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

    _____, a person of suitable age and discretion who resides there,

    on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

    _____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☑ Other *(specify)*:   served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan 24, 2018

                     *Server's signature*

                     Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia

                     *Printed name and title*

                     ACLU of D.C.
                     915 15th St. NW, 2nd Floor
                     Washington D.C. 20005

                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Donald Bogardus

was received by me on *(date)*    January 4, 2018    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia
_____
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Diane Brooks

was received by me on *(date)*   January 4, 2018    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon her behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia
_____
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jeffery Carroll

was received by me on *(date)*  January 4, 2018  .

 ❑ I personally served the summons on the individual at *(place)*

 _____  on *(date)* _____ ; or

 ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

 _____ , a person of suitable age and discretion who resides there,

 on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❑ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

 _____  on *(date)* _____ ; or

 ❑ I returned the summons unexecuted because _____ ; or

 ☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by
the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

        _____
        *Server's signature*

        Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of
        Columbia

        *Printed name and title*

        ACLU of D.C.
        915 15th St. NW, 2nd Floor
        Washington D.C. 20005

        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ferney Dennis

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                               ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                         , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                     , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                     ; or

☐ I returned the summons unexecuted because                                   ; or

☑ Other *(specify):* served on February 1, 2018, at 2:20pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $                 for travel and $                 for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Feb 5, 2018

*Server's signature*

Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia

*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **17-cv-01216 (ABJ)**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   KEITH DEVILLE

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia
_____
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev  06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Courtney Flash

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* | served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon their behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*
Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia

_____
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lamar Greene

was received by me on *(date)*   January 4, 2018   .

    ❏ I personally served the summons on the individual at *(place)*

                                                   on *(date)*             ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)*

                                          , a person of suitable age and discretion who resides there,

    on *(date)*             , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)*                      , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                                                   on *(date)*             ; or

    ❏ I returned the summons unexecuted because                     ; or

    ☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

    My fees are $           for travel and $           for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

                                         *Server's signature*

                             Elaine Stamp, Paralegal for the American Civil Liberties Union of the District of Columbia

                                         *Printed name and title*

                             ACLU of D.C.
                             915 15th St. NW, 2nd Floor
                             Washington D.C. 20005

                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sean Hill

was received by me on *(date)*   January 4, 2018     .

☐ I personally served the summons on the individual at *(place)*

                       on *(date)*                        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                      , a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                            , who is

designated by law to accept service of process on behalf of *(name of organization)*

                       on *(date)*                        ; or

☐ I returned the summons unexecuted because                                            ; or

☑ Other *(specify):*  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $                  for travel and $                  for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:  *Jan 24, 2018*

                             *Server's signature*

                             Elaine Stamp, Paralegal for the
                             American Civil Liberties Union of the District of Columbia
                             *Printed name and title*

                             ACLU of D.C.
                             915 15th St. NW, 2nd Floor
                             Washington D.C. 20005
                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Harvy Hinostroza

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by
the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-01216 (ABJ)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Michael Howden

was received by me on *(date)*     January 4, 2018     .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  served on February 1, 2018, at 2:20pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: Feb 5, 2018

_____
Server's signature

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia

_____
Printed name and title

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Joseph Masci

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: *Jan 24, 2018*

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
_____
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Michael Murphy

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                                        ; or

☑ Other *(specify):*  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $                for travel and $                for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia

*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Paul Niepling

was received by me on *(date)*   January 4, 2018   .

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by
the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kenneth Parker

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by
the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-01216 (ABJ)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Leonard Roccato

was received by me on *(date)*   January 4, 2018   .

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   17-cv-01216 (ABJ)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Gregory Rock

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____   , a person of suitable age and discretion who resides there,

on *(date)* _____   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____   , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____   ; or

☑ Other *(specify)*: served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
_____
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Timothy Steffes

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____   ; or

☑ Other *(specify):*  served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
_____
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **17-cv-01216 (ABJ)**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Daniel Thau

was received by me on *(date)*   January 4, 2018   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Phokham Vongkeo

was received by me on *(date)*   January 4, 2018   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon their behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **17-cv-01216 (ABJ)**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Melvin Washington

was received by me on *(date)*   January 4, 2018   .

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Lieutenant Michael Whiteside

was received by me on *(date)*      January 4, 2018         .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Jan 24, 2018

*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia

*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  17-cv-01216 (ABJ)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sequita Williams

was received by me on *(date)*   January 4, 2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* served on January 24, 2018, at 2:08pm, to Assistant General Counsel Teresa J.A. Quon, the agent authorized by the defendant named above to accept service upon their behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan 24, 2018

_____
*Server's signature*

Elaine Stamp, Paralegal for the
American Civil Liberties Union of the District of Columbia
*Printed name and title*

ACLU of D.C.
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc: