UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 17-1216 (ABJ) |

DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants submit this Consent Motion for an Extension of Time to Respond to Plaintiffs' First Amended Complaint (Motion). Defendants' response is due February 16, 2018, and defendants seek an extension until March 30, 2018. Additionally, defendants seek a deadline of May 21, 2018 for plaintiffs' opposition and June 29, 2018 for defendants' reply.

Plaintiffs' First Amended Complaint names 28 individuals as defendants. Defendants need additional time to consult with counsel in preparation of their responses. Additionally, a related case was filed on January 19, 2018. *See Schultz, et al. v. District of Columbia, et al.*, Civil Action No. 18-120 (ABJ). The plaintiffs in *Schultz* also consent to a deadline of March 30, 2018 for defendants' response; May 21, 2018 for plaintiffs' opposition; and June 29, 2018 for defendants' reply. Defendants seek to align the deadlines in the related matters in the interest of

1

efficiency. A memorandum of points and authorities in support of this Motion and a proposed order are attached.

As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel. Plaintiffs consent to the requested relief.

Dated:  February 8, 2018.	Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Acting Deputy Attorney General
Public Interest Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendants the District of Columbia and Peter Newsham*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Civil Action No. 17-1216 (ABJ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

In support of their Consent Motion for an Extension of Time to Respond to Plaintiffs' First Amended Complaint (Motion), defendants submit:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Defendants' showing of good cause in support of the Motion;

3. Plaintiffs' consent; and

4. The inherent power of the Court.

Defendants seek an extension for good cause. The requested extension will not prejudice plaintiffs or unduly delay the resolution of this matter. Accordingly, defendants request that the Court grant the Motion and enter the proposed order.

Dated: February 8, 2018.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Acting Deputy Attorney General

Public Interest Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendants the District of Columbia and Peter Newsham*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>     *Defendants*. | Civil Action No. 17-1216 (ABJ) |

ORDER

Upon consideration of defendants' Consent Motion for an Extension of Time to Respond to Plaintiffs' First Amended Complaint (Motion), any opposition, and the entire record, it is this _____ day of February, 2018, ORDERED that:

1) The Motion is GRANTED;

2) Defendants shall file a response to the First Amended Complaint by March 30, 2018;

3) Plaintiffs shall file an opposition to defendants' response by May 21, 2018; and

4) Defendants shall file a reply by June 29, 2018.

_____
THE HONORABLE AMY BERMAN JACKSON
Judge, United States District Court for the District of Columbia