UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>　　　　　Defendants. | Civil Action No. 17-1216 (ABJ) |

## ENTRY OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Amanda J. Montee on behalf of defendants Keith Deville, Lamar Greene, Robert Alder, Jeffrey Carroll, Paul Niepling, Michael Whiteside, Sean Hill, Anthony Alioto, Michael Murphy, Michael Howden, Gregory Rock, Daniel Thau, Melvin Washington, Dennis Baldwin, Courtney Flash, Timothy Steffes, Leonard Roccato, Bruce Baskerville, Diane Brooks, Phokham Vongkeo, Ferney Dennis, Kenneth Parker, Sequita Williams, Aulio Angulo, Donald Bogardus, and Harvy Hinostroza in the above-captioned matter.

Dated:  February 8, 2018.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　CHAD COPELAND
　　　　　　　　　　　　　　　　Acting Deputy Attorney General
　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　*/s/ Toni Michelle Jackson*
　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON [453765]

2

Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-5691
(202) 7741-8934 (fax)
amanda.montee@dc.gov