UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*<br><br>                Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>                Defendants. | Civil Action No. 17-1216 (ABJ) |

## ENTRY OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Amanda J. Montee on behalf of defendant Joseph Masci in the above-captioned matter.

Dated: February 8, 2018.    Respectfully submitted,

                                              KARL A. RACINE
                                              Attorney General for the District of Columbia

                                              CHAD COPELAND
                                              Acting Deputy Attorney General
                                              Public Interest Division

                                              */s/ Toni Michelle Jackson*
                                              TONI MICHELLE JACKSON [453765]
                                              Chief, Equity Section

                                              */s/ Amanda J. Montee*
                                              AMANDA J. MONTEE [1018326]
                                              Assistant Attorney General
                                              441 Fourth Street, N.W., Suite 630 South
                                              Washington, D.C.  20001
                                              (202) 724-5691
                                              (202) 7741-8934 (fax)
                                              amanda.montee@dc.gov