UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civil Action No. 17-1216 (ABJ) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT
OF THE PAGE LIMIT FOR MOTION TO DISMISS BRIEFING**

Defendants the District of Columbia (the District), Peter Newsham, Keith Deville, Lamar Greene, Robert Alder, Jeffrey Carroll, Paul Niepling, Michael Whiteside, Sean Hill, Anthony Alioto, Michael Murphy, Michael Howden, Gregory Rock, Daniel Thau, Melvin Washington, Dennis Baldwin, Courtney Flash, Timothy Steffes, Leonard Roccato, Bruce Baskerville, Diane Brooks, Phokham Vongkeo, Ferney Dennis, Kenneth Parker, Sequita Williams, Joseph Masci, Aulio Angulo, Donald Bogardus, and Harvy Hinostroza (collectively, defendants), respectfully move for an enlargement of the page limit for defendants' Memorandum in Support of Defendants' Motion to Dismiss, set by LCvR 7(e). Defendants request up to 70 pages for their memorandum, and plaintiffs up to 70 pages for plaintiffs' opposition to defendants' motion, because of the number of claims and defendants involved in this matter.

A supporting memorandum of points and authorities and a proposed order are attached. Pursuant to Local Civil Rule 7(m), undersigned counsel discussed this matter in good faith with plaintiffs' counsel. Plaintiffs consent to the relief requested.

Dated:  March 28, 2018.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-5691
(202) 7741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 17-1216 (ABJ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF THE PAGE LIMIT FOR MOTION TO DISMISS BRIEFING

In support of Defendants' Consent Motion for an Enlargement of the Page Limit for Motion to Dismiss Briefing, defendants submit the following:

1. "Good cause" for the relief sought, as explained in the accompanying motion;

2. LCvR 7(m), with the Parties consenting to the relief sought; and

3. The Court's inherent power to control its docket.

Dated: March 28, 2018.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Chief, Equity Section

/s/ Amanda J. Montee
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-5691
(202) 7741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 17-1216 (ABJ) |

## ORDER

Upon consideration of Defendants' Consent Motion for an Enlargement of the Page Limit for Motion to Dismiss Briefing, and the entire record, it is this _____ day of March, 2018,

ORDERED, that Defendants' Motion is GRANTED, and it is further

ORDERED, that defendants may file a memorandum of up to 70 pages in support of Defendants' Motion to Dismiss, and plaintiffs may file an opposition of up to 70 pages.

_____
THE HONORABLE AMY BERMAN JACKSON
Judge, United States District Court for the District of Columbia