UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants. | Civil Action No. 17-1216 (ABJ) |

ENTRY OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Matthew R. Blecher on behalf of defendants Keith Deville, Lamar Greene, Robert Alder, Jeffery Carroll, Paul Niepling, Michael Whiteside, Sean Hill, Anthony Alioto, Michael Murphy, Michael Howden, Gregory Rock, Daniel Thau, Melvin Washington, Dennis Baldwin, Courtney Flash, Timothy Steffes, Leonard Roccato, Bruce Baskerville, Diane Brooks, Phokham Vongkeo, Ferney Dennis, Kenneth Parker, Sequita Williams, Joseph Masci, Aulio Angulo, Donald Bogardus, and Harvy Hinostroza in the above-captioned matter.

Dated: March 30, 2018.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]

Acting Chief, Equity Section

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 442-9774
matthew.blecher@dc.gov