UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      Defendants | Civil Action No. 17-1216 (ABJ) |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO OFFICER JOHN DOE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendant the District of Columbia (District) moves for leave to file under seal Exhibits A, B, and H to Officer John Doe's motion to dismiss or, in the alternative, motion for summary judgment [40]. Exhibits A and B are audio files which contain the addresses of plaintiffs Shay Horse and Milo Gonzalez. On June 21, 2017, plaintiffs moved for leave to file their Complaint without listing their home addresses [2] and plaintiffs' motion was granted by Minute Order on June 22, 2017.

Exhibit H is a surveillance video from the Metropolitan Police Department Training Academy from January 20 and 21, 2018. Exhibit H should be under seal to protect police officer privacy and security, as well as the privacy of individuals who are in the video but are not parties to this litigation. *See D.C. v. Fraternal Order of Police, Metro. Police Dep't Labor Comm.*, 75 A.3d 259 (D.C. 2013) (finding that the personal privacy exemption protected names of MPD employees from disclosure);

*Seized Prop. Recovery, Corp. v. U.S. Customs & Border Prot.*, 502 F. Supp. 2d 50, 58 (D.D.C. 2007) ("Beyond this general privacy interest, individuals have a privacy interest in not being associated with law enforcement proceedings, whether [the individuals] be investigators, suspects, witnesses, or informants." (citations and internal quotation marks omitted)). In the alternative, if the Court is inclined to deny this request, Officer John Doe requests the Court permit defendant to redact the video to protect the privacy of the individuals shown.

Pursuant to Local Civil Rule 7(m), the Parties conferred on this motion, and plaintiffs' counsel consents to the relief requested. A supporting memorandum of points and authorities and a proposed order are attached.

Dated:  March 30, 2018.             Respectfully submitted,

                                    KARL A. RACINE
                                    Attorney General for the District of Columbia

                                    TONI MICHELLE JACKSON
                                    Deputy Attorney General
                                    Public Interest Division

                                    */s/ Fernando Amarillas*
                                    FERNANDO AMARILLAS [974858]
                                    Acting Chief, Equity Section

                                    */s/ Amanda J. Montee*
                                    AMANDA J. MONTEE [1018326]
                                    MATTHEW R. BLECHER [1012957]
                                    ERIC U. JOHNSON [1030661]
                                    Assistant Attorneys General
                                    441 Fourth Street, N.W., Suite 630 South
                                    Washington, D.C.  20001
                                    (202) 724-5691
                                    (202) 741-8934 (fax)
                                    amanda.montee@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>       Defendants | Civil Action No. 17-1216 (ABJ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO OFFICER JOHN DOE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

In support of its Consent Motion for Leave to File Under Seal Exhibits A, B, and H, defendant District of Columbia submits the following:

1. The Court's June 22, 2017 Minute Order;

2. The security and privacy of the Parties and non-parties to this litigation;

3. LCvR 7(m), and plaintiffs' consent to the relief sought; and

4. The inherent powers of the Court.


Dated: March 30, 2018.          Respectfully submitted,

                                KARL A. RACINE
                                Attorney General for the District of Columbia

                                TONI MICHELLE JACKSON
                                Deputy Attorney General
                                Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>       Defendants. | Civil Action No. 17-1216 (ABJ) |

ORDER

Upon consideration of defendant District of Columbia's consent motion for leave to file under seal Exhibits A, B, and H to Officer John Doe's motion to dismiss or, in the alternative, motion for summary judgment, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that defendant may file Exhibits A, B, and H under seal.

**SO ORDERED**.

Dated: _____      _____
                                                 THE HONORABLE AMY BERMAN JACKSON
                                                 Judge, United States District Court for the District of Columbia