## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 17-1216 (ABJ) |

### NOTICE

On April 6, 2018, as directed by the Court's April 5, 2018 Minute Order, defendants delivered to the Court sealed Exhibits A, B, and H, which are filed in support of Defendant John Doe's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [40]. Copies of the files were provided to plaintiffs.

Dated:  April 6, 2018.           Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South

Washington, D.C.  20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendants*