UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Civil Action No. 17-1216 (ABJ) |

### DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants submit this motion for an extension of time to reply to plaintiffs' opposition to defendants' motion to dismiss (Motion). Defendants' reply is due June 29, 2018, and defendants seek a three-week extension until July 20, 2018, because of undersigned counsel's competing professional obligations, including deadlines in other matters seeking preliminary injunctive relief.

A memorandum of points and authorities in support of this Motion and a proposed order are attached. As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel. Plaintiffs will not oppose the requested relief.

Dated:  June 21, 2018.          Respectfully submitted,

                                KARL A. RACINE
                                Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>          *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>          *Defendants*. | Civil Action No. 17-1216 (ABJ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

In support of their motion for an extension of time to reply to plaintiffs' opposition to defendants' motion to dismiss (Motion), defendants submit:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;
2. Defendants' showing of good cause in support of the Motion; and
3. The inherent power of the Court.

Defendants seek an extension, until July 20, 2018, for good cause. The requested extension will not prejudice plaintiffs or unduly delay the resolution of this matter. Accordingly, defendants request that the Court grant the Motion and enter the proposed order.

Dated:  June 21, 2018.          Respectfully submitted,

                                KARL A. RACINE
                                Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
ERIC U. JOHNSON [1030661]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 17-1216 (ABJ) |

## ORDER

Upon consideration of defendants' Unopposed Motion for an Extension of Time to Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss (Motion) and the entire record, it is this \_\_\_\_\_ day of June, 2018, ORDERED that:

1) The Motion is GRANTED;

2) Defendants shall file a reply by July 20, 2018.

_____
THE HONORABLE AMY BERMAN JACKSON
Judge, United States District Court
    for the District of Columbia