UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>          Defendants. | Civil Action No. 17-1216 (ABJ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk will please withdraw the appearance of Assistant Attorney General Eric U. Johnson as counsel for all defendants.

Date: September 28, 2018.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Eric U. Johnson
ERIC U. JOHNSON, [1030661]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Tel: (202) 724-7854
Fax: (202) 741-8907
Email: eric.johnson@dc.gov

COUNSEL FOR DEFENDANTS