UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>             *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>             *Defendants*. | Civil Action No. 17-1216 (ABJ) |

## DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND DEADLINE TO IDENTIFY DEFENDANT JOHN DOE

Defendant the District of Columbia (the District) respectfully moves to extend the deadline to provide the identity of defendant John Doe, as required under the Court's November 20, 2018 Minute Order. The District seeks a one-week extension, until December 7, 2018, for defendant John Doe to provide the Court and plaintiffs his identity, under seal, because John Doe is no longer represented by undersigned defense counsel and is in the process of retaining new counsel.

A memorandum of points and authorities in support of this motion and a proposed order are attached. As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel. Plaintiffs consent to the requested relief.

Dated:  November 30, 2018.        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendant District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>     *Defendants*. | Civil Action No. 17-1216 (ABJ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND DEADLINE TO IDENTIFY DEFENDANT JOHN DOE

In support of defendant District of Columbia's (the District) consent motion to extend the deadline to identify defendant John Doe, the District submits:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Defendant's showing of good cause in support of its motion;

3. Plaintiffs' consent; and

4. The inherent power of the Court.

The District seeks an extension for good cause. The requested extension will not prejudice plaintiffs or unduly delay the resolution of this matter. Accordingly, the District requests that the Court grant the motion and enter the proposed order.

Dated:  November 30, 2018.     Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Amanda J. Montee*
AMANDA J. MONTEE [1018326]
MATTHEW R. BLECHER [1012957]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for Defendant District of Columbia*