**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHAY HORSE,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | Civil No. 1:17-cv-01216 (ABJ) |

**NOTICE OF SUBSTITUTION OF COUNSEL
ON BEHALF OF DEFENDANT JOHN DOE**

TO THE CLERK OF THE COURT: Please withdraw the appearances of attorneys Amanda Montee and Matthew Blecher, of the Office of the Attorney General for the District of Columbia, as counsel for John Doe, and enter the appearance of attorney Joseph A. Gonzalez, of Schertler & Onorato, LLP, as counsel for Defendant John Doe.

Respectfully submitted,

/s/ *Joseph A. Gonzalez*
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C.  20001
Telephone:  202-628-4199
Facsimile:  202-628-4177

*Attorney for Defendant John Doe*