UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAY HORSE, *et al.,*

                          Plaintiffs,

    v.                                 No. 1:17-cv-01216 (ABJ)

DISTRICT OF COLUMBIA, *et al.,*

                          Defendants.

**DEFENDANT JOHN DOE'S NOTICE OF ACKNOWLEDGMENT OF SERVICE OF THE AMENDED COMPLAINT AND PLAINTIFFS' AND JOHN DOE'S JOINT NOTICE REGARDING THE USE OF THE JOHN DOE PSEUDONYM**

In response to this Court's minute orders of November 20 and December 3, 2018, Defendant John Doe and Plaintiffs, through their respective counsel, file this Notice of Acknowledgment of Service and Joint Notice Regarding the Use of the John Doe Pseudonym.

Defendant John Doe's identity has now been revealed under seal to the Court and to Plaintiffs' counsel, as ordered by the Court.  Plaintiffs Horse and Gonzalez still intend to pursue Claim 16 (the claim against John Doe).  Defendant John Doe intends to respond to the Amended Complaint by moving for dismissal and/or summary judgment on January 3, 2018 (21 days from this notice) and wishes to proceed in this case under a pseudonym during the pendency of his motion.

As a result of good faith negotiations, Plaintiffs and Defendant John Doe have agreed as follows:

Plaintiffs agree that, until the resolution of John Doe's forthcoming motion to dismiss and/or for summary judgment, they will not contest maintaining the seal on John Doe's true

identity and will continue to use his pseudonym in litigating the forthcoming motion to dismiss and/or for summary judgment.

Defendant John Doe agrees to accept service of process through his counsel and further agrees that in the event he remains as a party to the case following the resolution of his forthcoming motion to dismiss and/or for summary judgment, he will not oppose Plaintiffs amending their complaint to state John Doe's true name and he will not otherwise seek to avoid the use of his true name in this litigation.

Accordingly, Defendant John Doe hereby acknowledges service of the summons and Amended Complaint through his counsel and waives all challenge to the manner or fact of service in this matter.


Date: December 13, 2018

Respectfully submitted,

/s/ *Joseph A. Gonzalez*
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C.  20001
Telephone:  202-628-4199

*Counsel for Defendant John Doe*

/s/ *Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
   of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Telephone: 202-457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*