UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*  <br><br>           Plaintiffs,  <br><br>v.  <br><br>DISTRICT OF COLUMBIA, *et al.*  <br><br>           Defendants. | Civil Action No. 17-1216 (ABJ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk shall please enter the appearance of Assistant Attorney General Rachel Browder as counsel for defendants District of Columbia, Peter Newsham, Keith Deville, Lamar Greene, Robert Alder, Jeffery Carroll, Paul Nielpling, Michael Whiteside, Sean Hill, Anthony Alioto, Michael Murphy, Michael Howden, Gregory Rock, Daniel Thau, Melvin Washington, Dennis Baldwin, Courtney Flash, Timothy Steffes, Leonard Roccato, Bruce Baskerville, Diane Brooks, Phokham Vongkeo, Ferney Dennis, Kenneth Parker, Sequita Williams, Joseph Masci, Aulio Angulo, Donald Bogardus, and Harvy Hinostroza and withdraw the appearance of Amanda J. Montee in the above-captioned matter.

Dated: January 7, 2019.   Respectfully submitted,

                                       KARL A. RACINE
                                       Attorney General for the District of Columbia

                                       TONI MICHELLE JACKSON
                                       Deputy Attorney General
                                       Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Rachel Browder
RACHEL BROWDER [1011659]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 807-0368
(202) 741-0577 (fax)
rachel.browder@dc.gov

*Counsel for Defendants*