UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAY HORSE, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*

    Defendants.

Civil Action No. 17-1216 (ABJ)

## DECLARATION OF MILO GONZALEZ

1. My name is Milo Gonzalez. I am an adult resident of New York. I have personal knowledge of the matters set forth herein, and I am competent to make this declaration.

2. On January 20, 2017, officers with the District of Columbia Metropolitan Police Department (MPD) arrested me as part of a mass arrest of demonstrators protesting the inauguration of Donald Trump as President.

3. MPD officers detained me on a downtown Washington, D.C., street, for approximately seven hours before transporting me to a detention facility.

4. During my detention on the street and subsequent transportation to a detention facility, MPD officers did not provide me with food, water, or access to a bathroom.

5. I estimate that I was denied access to a bathroom for 9–10 hours and was denied food and water for 10–11 hours during my detention and transportation by MPD officers on January 20.

6. In the evening of January 20, MPD officers drove me to a detention facility, which I now know to be the Metropolitan Police Academy located on Blue Plains Drive SW.

7. After speaking with an officer at a processing station, I was directed to the center of a what appeared to be a mock city street.

8. There, an MPD officer, whom I understand is called "John Doe" in the amended complaint for this case, conducted a pat down search of my body. He wore gloves when he searched me.

9. Throughout the search, I stood upright with my hands bound with zipties behind my back. I believe that my belt was unbuckled.

10. Partway through the search, Officer John Doe asked me to spread my legs. I did that. He then told me to spread them wider, and I did. I heard him tell me not to resist.

11. I felt his finger poke my anus and felt his hand touching my testicles.

12. Officer Doe's actions caused me to flinch and to say to Officer Doe that he was being too aggressive.

13. I do not remember if Officer John Doe reached his hand inside my pants or instead searched my anus and genitals through my pants. But I clearly remember feeling the pressure of the officer's fingers or hand in my anus and on my testicles.

14. Officer John Doe's search did not discover any weapons or contraband, because I didn't have any.

15. During the approximately two-year period since the search, my memory of this incident has not been consistent. Specifically, in the spring and summer 2017, I thought I recalled several details about the search that I now believe were incorrect.

16. On September 7, 2017, I gave an interview to officers from MPD's internal affairs divisions. At that time, I recounted the incident to the best of my recollection.

17. However, after watching the video of the incident in the fall of 2017, I realized that some of my initial memories regarding the search were mistaken.

18. One of the main reasons that my initial memory of the incident was not accurate is that I spent several months after my arrest trying to keep the events of January 20, 2017 out of my mind. My experience on that day was deeply upsetting to me. In addition to enduring the intrusive search I have described, I was detained outdoors for hours, sprayed with chemical irritants, and denied food and bathroom access for an extended period of time.

19. Those events made it difficult for me to sleep, caused me to experience increased anxiety, and prevented me from returning to protests—an activity in which I used to engage frequently.

20. I often react to trauma by pushing painful memories deep into my mind to avoid dwelling on them, a strategy I first noticed that I used when I was struggling with homelessness a few years ago.

21. Relying on this coping mechanism here caused me to blend details of the search with other events that happened to me at the protests on January 20 and their aftermath. For example, I originally recalled that Officer John Doe laughed at me when conducting the search. Although I still clearly recall other officers laughing at me at other points during my detention, I realized after watching video footage of the search that I may have merged those memories with my recollection of what occurred at the Metropolitan Police Academy.

22. Similarly, upon watching the video, I recognized that I had mistakenly recalled that officers asked me to remove my pants before conducting the search. This notion, I now believe, arose from conversations with Shay Horse.

23. Shay and I rode to the MPD Academy together. We were searched in the same facility at around the same time, and subsequently detained in the same room.

24. Shay and I discussed the MPD Academy incident and I believe that, when we did so, Shay's description of what happened to him influenced my recollection of what happened to me.

25. As soon as I saw the video footage of the search, I realized that some of my allegations in the original complaint were based on that confusion. My allegations in the amended complaint are correct to the best of my current recollection and belief.

26. I don't have any doubt that at the police academy after my arrest when my hands were restrained behind my back, an officer stuck his finger into my buttocks and probed my testicles.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2019

_____
Milo Gonzalez