UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | Civil Action No. 17-1216 (ABJ) |

## DECLARATION OF SHAY HORSE

1. My name is Shay Horse. I am a resident of New York. I have personal knowledge of the matters set forth in this declaration and I am competent to make it.

2. I came to Washington, D.C. to photograph the protests of Donald Trump's Inauguration.

3. On January 20, as I was engaged in this work, officers with D.C.'s Metropolitan Police Department (MPD) detained me for about seven hours in an outdoor blockade.

4. After sunset, a police vehicle finally picked me up. Along with several other arrestees, I rode in the vehicle to what I know now to be the Metropolitan Police Department Academy.

5. Inside, after I spoke briefly with a person working a processing table, an officer escorted me to the middle of what seem like a giant warehouse set up to look to look like a city street.

6. While I stood with my hands ziptied together, an officer (called "John Doe" in the amended complaint in this case) frisked me.

7. Toward the end of the search, Officer John Doe walked behind me and told me not to flinch. Then, he stuck his finger inside my butt, through the loosely-fitting jeans I was

1

wearing. My jeans were baggy enough that the effect of his jamming his finger into the seat of my jeans was to poke me in my anus.

8. Officer John Doe did not find any weapons or contraband during his search, because I didn't have any.

9. I was detained overnight. The next day, I was taken to the Superior Court Courthouse. At one point, several other detainees and I were being taken through an L-shaped hallway near the parking garage by officers with the United States Marshals Service. The officers lined the other detainees and me against a wall and demanded that we drop our pants. Then, through my underwear, one of the officers pushed a finger in my butt and grabbed my testicles. After the officer completed the search, and I had pulled my pants up, the officers placed shackles on my legs.

10. My memories of the search by Officer John Doe at the Police Academy have not remained consistent in all the details since the event occurred. When I first spoke publicly about the incident, when the original complaint in this case was filed, and in speaking with MPD internal affairs investigators, I mixed up some of the details of the Police Academy search by Officer John Doe with the details of the search by U.S. Marshals at the courthouse.

11. I believe I confused the two incidents because both involved intrusive violations of my space and my body, and because what I endured on January 20 made it difficult for me to keep my focus throughout the day and retain details with precision. I was detained outside for hours, pepper sprayed multiple times, and denied food, water, and bathroom access for most of the day. The night before the protests, I stayed up late preparing another assignment and only got about an hour of sleep. During the day, the only thing I

had to eat was a cookie that I had to get out of a trash can and the only things I had to drink were a half a bottle of Gatorade and a few sips of coffee. I also did not get much sleep the night after I was arrested.

12. When I saw video footage of the Police Academy search, I realized that I had confused some details of the U.S. Marshals search with some details of the MPD search. I am confident of the facts stated in this declaration, especially the fact that Officer John Doe invasively probed my butt at the Police Academy on January 20.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2019

Shay Horse

3