UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants. | Civil Action No. 17-1216 (ABJ) |

## NOTICE OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Micah Bluming on behalf of defendants District of Columbia, Peter Newsham, Keith Deville, Lamar Greene, Robert Alder, Jeffery Carroll, Paul Nielpling, Michael Whiteside, Sean Hill, Anthony Alioto, Michael Murphy, Michael Howden, Gregory Rock, Daniel Thau, Melvin Washington, Dennis Baldwin, Courtney Flash, Timothy Steffes, Leonard Roccato, Bruce Baskerville, Diane Brooks, Phokham Vongkeo, Ferney Dennis, Kenneth Parker, Sequita Williams, Joseph Masci, Aulio Angulo, Donald Bogardus, and Harvy Hinostroza in the above-captioned matter.

Dated: October 18, 2019.        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

FERNANDO AMARILLAS
Chief, Equity Section

        */s/ Micah Bluming*
        MICAH BLUMING [1618961]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 630 South
        Washington, D.C.  20001
        (202) 724-7272
        (202) 730-1833 (fax)
        micah.bluming@dc.gov