UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 17-1216 (ABJ) |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report as directed by the Court's September 27, 2019 Minute Order. The Parties have conferred and agree that this case should be referred to the District of Columbia Circuit Mediation Program for mediation. The Parties propose that a joint status report be due within 60 days (December 17, 2019) to inform the Court regarding the status of mediation, and further propose that discovery and defendants' deadline to answer the Complaint be stayed pending further order of the Court.

Dated: October 18, 2019.

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

|  |  |
|---|---|
| *Counsel for Plaintiffs* | */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Chief, Equity Section<br><br>*/s/ Micah Bluming*<br>MICAH BLUMING [1618961]<br>SCOTT P. KENNEDY*<br>Assistant Attorneys General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-8044<br>(202) 741-5955 (fax)<br>micah.bluming@dc.gov<br>scott.kennedy@dc.gov<br><br>*Counsel for the District of Columbia*<br><br>*/s/ Joseph A. Gonzalez*<br>Joseph A. Gonzalez (D.C. Bar No. 995057)<br>SCHERTLER & ONORATO, LLP<br>901 New York Avenue, N.W.<br>Suite 500<br>Washington, D.C. 20001<br>Telephone: 202-628-4199<br><br>*Counsel for Defendant John Doe* |

---

\*  Admitted to practice only in the State of Washington. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).