## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAY HORSE, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 17-1216 (ABJ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

With the consent of the parties on October 18, 2019, it is

**ORDERED** that this matter is referred to the Court's Mediation Program to commence as of October 22, 2019.  Mediation efforts shall conclude by December 17, 2019.  It is

**FURTHER ORDERED** that the parties shall submit a report to this Court on the status of the mediation by December 17, 2019, and if the case settles in whole or in part, both parties shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  October 22, 2019