# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAY HORSE,** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*<br><br>**Defendants.** | **Civil Action No. 17-1216 (ABJ)** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk shall please withdraw the appearance in the above-captioned matter of Assistant Attorney General Matthew R. Blecher on behalf of all defendants.

Dated:  October 25, 2019.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

FERNANDO AMARILLAS
Chief, Equity Section

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov