**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHAY HORSE,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | Civil No. 1:17-cv-01216 (ABJ) |

**NOTICE OF ENTRY OF APPEARANCE
ON BEHALF OF DEFENDANT JOHN DOE**

TO THE CLERK OF THE COURT: Please enter the appearance of attorney Danny Onorato, of Schertler & Onorato, LLP, as counsel for Defendant John Doe.

        Respectfully submitted,

        /s/ *Danny Onorato*
        Danny Onorato (No. 480043)
        SCHERTLER & ONORATO, LLP
        901 New York Avenue, N.W.
        Suite 500
        Washington, D.C.  20001
        Telephone:  202-628-4199
        Facsimile:  202-628-4177

        *Attorney for Defendant John Doe*