UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civil Action No. 17-1216 (ABJ) |

### JOINT MOTION TO EXTEND STAY AND MEDIATION REFERRAL

The Parties jointly request that the Court extend the stay of this case until February 7, 2020 while they continue their good faith efforts to resolve the litigation through mediation. Fed. R. Civ. P. 6(b)(1)(A).

On October 22, 2019, the Court issued an order [66] referring this matter to the District of Columbia Circuit Mediation Program until December 17, 2019. The Parties conferred with the Circuit Mediator in October of 2019 to identify appropriate mediators, and have since participated in three sessions with those mediators. In consultation with the appointed mediators, the Parties have also identified a framework and timeline for additional settlement discussions.

The Parties, with the support of the mediators, therefore wish to continue their mediation efforts until February 7, 2020, understanding that if those efforts have ceased to be productive before that time, or if the Parties reach a settlement, they will promptly inform the Court. No other existing deadline will be affected by this

additional time. A memorandum of points and authorities and a proposed order are attached.

| | |
|---|---|
| Dated:  December 16, 2019. | Respectfully submitted, |

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
SCOTT P. KENNEDY [1658085]
MICAH BLUMING [1618961]
Assistant Attorneys General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-8044
(202) 741-5955 (fax)
scott.kennedy@dc.gov
micah.bluming@dc.gov

*Counsel for the District of Columbia*

*/s/ Joseph A. Gonzalez*
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>     Defendants. | Civil Action No. 17-1216 (ABJ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND STAY AND MEDIATION REFERRAL

In support of the Parties' Joint Motion to Extend Stay and Mediation Referral, the Parties rely upon:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. LCvR 84.7(e);

3. The existence of good cause, as described in the Motion;

4. LCvR 7(m); and

5. The inherent equitable powers of the Court.

Dated:  December 16, 2019.

Respectfully submitted,

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*Counsel for Plaintiffs*

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
SCOTT P. KENNEDY [1658085]
MICAH BLUMING [1618961]
Assistant Attorneys General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-8044
(202) 741-5955 (fax)
scott.kennedy@dc.gov
micah.bluming@dc.gov

*Counsel for the District of Columbia*

*/s/ Joseph A. Gonzalez*
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civil Action No. 17-1216 (ABJ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Extend Stay and Mediation Referral (Motion), and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that this case remains stayed until February 7, 2020, or further order of the Court.

**SO ORDERED**.


Dated: _____            _____
                THE HONORABLE AMY BERMAN JACKSON
                Judge, United States District Court
                  for the District of Columbia