UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 17-1216 (ABJ) |

### NOTICE OF RELATED CASE

The District of Columbia provides notice pursuant to LCvR 40.5(b) that a newly filed case, *Cantu v. District of Columbia*, Civil Action No. 20-130 (KBJ), is "related" to *Horse v. District of Columbia*, Civil Action No. 17-1216 (ABJ), and *Schultz v. District of Columbia*, Civil Action No. 18-120 (ABJ), under the meaning of LCvR 40.5(a)(3). Under LCvR 40.5(a)(3), "[c]ivil, including miscellaneous, cases are deemed related when the earliest is still pending on the merits in the District court and they … involve common issues of fact, or … grow out of the same event or transaction …."

In Civil Action No. 20-130, plaintiffs' claims allegedly arise out of an arrest of numerous individuals that took place on January 20, 2017 near 12th and L Street Northwest in Washington, D.C. *See* Complaint for Damages [6-1] at ¶ 49. As in both *Horse* and *Schultz*, plaintiffs in Civil Action No. 20-130 allege that in making the arrest at that location, defendants in that action violated their rights under federal law by arresting them without probable cause, subjecting them to excessive force, retaliating against them for engaging in protected speech, and subjecting them to

unlawful conditions of confinement. Both *Horse* and *Schultz* remain pending. Accordingly, Civil Action No. 20-130 is "related" under LCvR 40.5(a)(3).

| | |
|---|---|
| Dated:  January 31, 2020. | Respectfully submitted, |
| | KARL A. RACINE<br>Attorney General for the District of Columbia |
| | TONI MICHELLE JACKSON<br>Deputy Attorney General<br>Public Interest Division |
| | */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Chief, Equity Section |
| | */s/ Micah Bluming*<br>MICAH BLUMING [1618961]<br>SCOTT P. KENNEDY [1658085]<br>Assistant Attorneys General<br>441 Fourth Street, N.W.<br>Suite 630 South<br>Washington, D.C. 20001<br>(202) 724-7272<br>(202) 730-1833 (fax)<br>micah.bluming@dc.gov<br>scott.kennedy@dc.gov |
| | *Counsel for Defendants* |