UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 17-1216 (ABJ) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated February 3, 2020, the Parties submit this Joint Status Report.

Plaintiffs agree that *Cantu v. District of Columbia*, Civil Action No. 20-130, is a related case and should be transferred to this Court.

In light of the ongoing mediation in *Horse* and *Schultz*, the *Cantu* defendants (the District of Columbia and Chief Peter Newsham) have not yet determined whether they will file a dispositive motion in response to the Complaint in *Cantu*, but defendants intend to seek an extension of time to respond to that Complaint, with the *Cantu* plaintiffs' consent. The *Cantu* defendants do not presently intend to join *Cantu* to the ongoing mediation.

Dated:  February 5, 2020.

/s/ *Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
SCOTT P. KENNEDY [1658085]
Assistant Attorneys General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
scott.kennedy@dc.gov

*Counsel for the District of Columbia*

*/s/ Joseph A. Gonzalez*
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*