UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 17-1216 (ABJ) |

JOINT STATUS REPORT

Pursuant to the Court's February 7, 2020 Minute Order, the Parties submit this Joint Status Report.

The Parties jointly request that the Court extend the stay of this case until April 3, 2020, while they continue their good faith efforts to resolve the litigation through mediation. Fed. R. Civ. P. 6(b)(1)(A).

The Parties have continued to make progress through formal mediation as described in their previous reports to the Court. *See* ECF Nos. 73, 76. The Parties, with the support of the mediators, therefore wish to continue their mediation efforts until April 3, 2020, understanding that if those efforts have ceased to be productive before that time, or if the Parties reach a settlement, they will promptly inform the Court. No other existing deadline will be affected by this additional time.

Dated: February 21, 2020.

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

Counsel for Plaintiffs

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Micah Bluming
SCOTT P. KENNEDY [1658085]
MICAH BLUMING [1618961]
Assistant Attorneys General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
scott.kennedy@dc.gov

Counsel for the District of Columbia

/s/ Joseph A. Gonzalez
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

Counsel for Defendant John Doe