UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 17-1216 (ABJ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk shall please withdraw the appearance of Assistant Attorney General Scott P. Kennedy on behalf of all defendants in the above-captioned matter.

Dated:  April 10, 2020.                Respectfully submitted,

                                                      KARL A. RACINE
                                                    Attorney General for the District of Columbia

                                                    TONI MICHELLE JACKSON
                                                    Deputy Attorney General
                                                    Public Interest Division

                                                    FERNANDO AMARILLAS
                                                    Chief, Equity Section

                                                    */s/ Scott P. Kennedy*
                                                    SCOTT P. KENNEDY [1658085]
                                                    Assistant Attorney General
                                                    441 Fourth Street, N.W., Suite 630 South
                                                    Washington, D.C.  20001
                                                    (202) 724-8044
                                                    (202) 741-5955 (fax)
                                                    scott.kennedy@dc.gov