UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 17-1216 (ABJ) |

### JOINT STATUS REPORT

Pursuant to the Court's July 15, 2020 Minute Order, the Parties submit this Joint Status Report.

The Parties jointly request that the Court extend the stay of this case until September 11, 2020, while they engage in good faith efforts to resolve the litigation through mediation. Fed. R. Civ. P. 6(b)(1)(A).

The Parties have made progress through formal mediation as described in their previous reports to the Court. The Parties, with the support of the mediators, therefore, wish to continue their mediation efforts until September 11, 2020, understanding that if those efforts have ceased to be productive before that time, or if the Parties reach a settlement, they will promptly inform the Court. No other existing deadline will be affected by this additional time.

| | |
|---|---|
| Dated: August 7, 2020. | Respectfully submitted, |

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for the District of Columbia*

*/s/ Joseph A. Gonzalez*
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*