UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>               Defendants. | Civil Action No. 17-1216 (ABJ) |

### JOINT STATUS REPORT

Pursuant to the Court's September 14, 2020 Minute Order, the Parties submit this Joint Status Report.

The Parties jointly request that the Court extend the stay of this case until December 14, 2020, while they engage in good faith efforts to resolve the litigation through mediation. Fed. R. Civ. P. 6(b)(1)(A). Plaintiffs further request that on or around December 1, 2020, the Court set a status conference (off the record to discuss confidential negotiations) to assess the Parties' progress. The District does not object and defers to the Court on whether to set a status conference.

The Parties have made significant progress through formal mediation as described in their previous reports to the Court. The Parties believe a settlement is reasonably likely and plaintiffs believe that a firm date to report to the Court on their efforts would facilitate a final agreement. The Parties, with the support of the mediators, therefore, wish to continue their mediation efforts, and plaintiffs also request the setting of a status conference. The Parties understand that if their efforts

have ceased to be productive before December 1, or if the Parties have a final, signed settlement, they will promptly inform the Court. No other existing deadline will be affected by this additional time.

Dated: October 13, 2020.

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

Counsel for Plaintiffs

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Micah Bluming
MICAH BLUMING [1618961]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

Counsel for the District of Columbia

/s/ Joseph A. Gonzalez
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

Counsel for Defendant John Doe