UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 17-1216 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's October 14, 2020 Minute Order, the Parties submit this Joint Status Report.

The Parties have agreed upon terms to settle this case. The Parties firmly believe they will be able to finalize this settlement and have the settlement agreement signed by all parties within six weeks.

They therefore jointly request that the Court extend the stay of this case until January 25, 2021, while they finalize their settlement. Fed. R. Civ. P. 6(b)(1)(A). Once the settlement is final, the Parties will promptly inform the Court.

No other existing deadline will be affected by this additional time.

Dated:  December 14, 2020.

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Duane Blackman*
MICAH BLUMING [1618961]
DUANE BLACKMAN\*
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272;(202) 805-7640
(202) 730-1833 (fax)
micah.bluming@dc.gov;
duane.blackman@dc.gov

*Counsel for the District of Columbia*

*/s/ Danny C. Onorato*
Danny C. Onorato (D.C. Bar No.480043)
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*

---

\*   Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).