UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 17-1216 (ABJ) |

### JOINT STATUS REPORT

Pursuant to the Court's December 15, 2020 Minute Order, the Parties submit this Joint Status Report.

The Parties have agreed upon terms to settle this case, subject to Mayoral approval. The Parties have agreed on the final language of the settlement agreement.

The Parties, however, have sharply conflicting expectations regarding what should happen next. The position of all defendants other than John Doe is that the Court should extend the stay of the case until March 25, 2021, to allow additional time for Mayoral consideration and approval of the proposed settlement. Defendant John Doe defers to the Court on the issue of a stay given that the Mayor must approve the settlement. No other existing deadline will be affected by an additional stay.

Plaintiffs, by contrast, think that given the Parties' agreement on terms (prior to December 14, 2020, as reflected in the parties' previous Joint Status Report, ECF 87, which nowhere suggested that further "Mayoral approval" was required) and final language (as of December 21, 2020), there is nothing left to do but for the defendants

to sign the agreement (Plaintiffs and Defendant John Doe already having signed) and no reason for further delay. Therefore, it is Plaintiffs' position that there is no purpose in extending the stay for 60 days. Plaintiffs believe that the Court should discharge the mediators with the Court's thanks and schedule a hearing at the Court's earliest convenience to determine whether the District will be signing the agreement or, if need be, to schedule next steps in the litigation, including the renewal of Plaintiffs' motion to file on the public docket their motion to amend their complaint, revealing the name of Defendant John Doe (which was, by Minute Order of Nov. 7, 2019, denied "without prejudice to reconsideration, if the case is still pending at the close of mediation"). Plaintiffs will be filing, later today, an unopposed motion seeking such a hearing.

Dated:  January 25, 2021.                                    Respectfully submitted,

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

Counsel for Plaintiffs

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Micah Bluming
MICAH BLUMING [1618961]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)

micah.bluming@dc.gov

*Counsel for the District of Columbia*

*/s/ Danny C. Onorato*
Danny C. Onorato (D.C. Bar No. 480043)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*