UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>                    Defendants. | Civil Action No. 17-1216 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's March 31, 2021 Minute Order, the Parties submit this Joint Status Report.

### Defendants' Position

On April 6, 2021, the Mayor approved the Parties' proposed settlement except for one term. The Parties conferred this evening, and the District requests an additional week to determine whether that decision will affect the ultimate resolution of this case. Based on this development, the District believes there is no need for a hearing on April 12, 2021. The District proposes that the Parties submit a further joint status report by April 13, 2021, stating the Parties' position on any further proceedings and/or efforts to finalize a settlement. Because the Parties' settlement in principle was always subject to Mayoral approval, the District disagrees with plaintiffs' position below, and remains hopeful that the Parties will reach a final settlement and further litigation will be unnecessary.

## Plaintiffs' Position

Plaintiffs disagree with Defendants' characterization of the Mayor's action as an "approval" of anything. As documented in prior reports, the Parties hammered out the substance and language of a specific agreement over the course of a long mediation, and Defendants' counsel were in touch with their clients throughout. *See* ECF 88; ECF 90. Now, Defendants, having conveyed to the Court that they would conclude their review of the agreement by three specific dates (first January 25, then March 25, then April 1), and having missed all three dates, are refusing to sign the negotiated agreement. "Approving" an agreement "except for one term" is a politician's spin, not a legal reality. Put plainly: the Mayor has rejected the deal.

Plaintiffs do not think negotiations have irrevocably broken down, and they still hope settlement can be reached. But in the meantime, Plaintiffs intend to file their next motion to move the litigation forward. Mediation expired on January 25, 2021. *See* Minute Order of Dec. 14, 2020 (extending stay through Jan. 25, 2021); *cf.* Minute Order of Jan. 26, 2021 (ordering status hearing but not extending stay); Minute Order of Mar. 31, 2021 (ordering status report and hearing but not extending stay). Although Plaintiffs would still prefer to settle the case, the District's lengthy delay, followed by its surprising about-face on the negotiated agreement, leaves Plaintiffs no choice but to proceed with litigation before evidence becomes even more stale. If the Mayor continues to play games with further negotiations, Plaintiffs should at least be able to proceed with their case while she does so.

Plaintiffs agree with Defendants there is no longer a need for a hearing on April 12. Plaintiffs do not think a further joint status report is useful, either. Either the Parties will reach a signed agreement, or they won't. In the meantime, Defendants should not be permitted to delay litigation any longer.

Dated: April 6, 2021.

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

FERNANDO AMARILLAS
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for the District of Columbia*

*/s/ Danny C. Onorato*
Danny C. Onorato (D.C. Bar No. 480043)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*