## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 17-1216 (ABJ) |

### JOINT STATUS REPORT

Pursuant to the Court's April 7, 2021 Minute Order, the Parties submit this Joint Status Report.

The Plaintiffs have accepted the Defendants' proposed language—which the Mayor has approved—regarding the issue on which the Mayor had previously declined to approve the settlement agreement, and thus the Parties have reached a final settlement in this matter and will proceed to execute the settlement agreement. Under the terms of the agreement, plaintiffs will file a Joint Notice of Settlement on the same day as the filing of a motion for approval of the class action settlement in *Schultz v. District of Columbia*, Civil Action No. 18-120.

Plaintiffs propose that another Joint Status Report be filed April 21, 2021, if the Joint Notice of Settlement has not been filed by that date.

Dated:  April 13, 2021.

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

Counsel for Plaintiffs

Respectfully submitted,


KARL A. RACINE
Attorney General for the District of
Columbia

FERNANDO AMARILLAS
Acting Deputy Attorney General
Public Interest Division

/s/ Micah Bluming
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

Counsel for the District of Columbia

/s/ Danny C. Onorato
Danny C. Onorato (D.C. Bar No. 480043)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

Counsel for Defendant John Doe