UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>           Defendants. | Civil Action No. 17-1216 (ABJ) |

| | |
|---|---|
| JESSE P. SCHULTZ, III, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>           Defendants. | Civil Action No. 18-120 (ABJ) |

JOINT STATUS REPORT

Pursuant to the Court's April 14, 2021 Minute Order, the Parties in both of the above-captioned cases submit this Joint Status Report. Execution of the settlement agreements in both cases are proceeding apace but have not yet been completed. The parties anticipate filing the Joint Notice of Settlement in *Horse* and the motion for approval of the class action settlement in *Schultz* on or before Monday, April 26, 2021.

Dated: April 21, 2021.

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Horse Plaintiffs*


/s/ Jeffrey L. Light
Jeffrey L. Light (D.C. Bar # 485360)
1712 Eye Street NW Suite 915
Washington, D.C. 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Schultz Plaintiffs*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for the District of Columbia*


*/s/ Danny C. Onorato*
Danny C. Onorato (D.C. Bar No. 480043)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*