UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 1:17-cv-01216 (ABJ) |

**JOINT NOTICE OF SETTLEMENT**

　　Plaintiffs and Defendants hereby notify the Court that they have reached a settlement in the above-captioned case. Within fifteen days of the completion of certain actions agreed to by the Defendants as set forth fully in the agreement, the Plaintiffs will file a stipulation of dismissal with prejudice.

Dated:  April 26, 2021

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

*Counsel for Plaintiffs*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)

micah.bluming@dc.gov

*Counsel for the District of Columbia*

*/s/ Danny C. Onorato*
Danny C. Onorato (D.C. Bar No. 480043)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*