UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAY HORSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 17-1216 (ABJ) |

### JOINT STATUS REPORT

Pursuant to the Court's April 28, 2021 Minute Order, the Parties submit this Joint Status Report. The Settlement Agreement, ECF 97-1, states that Plaintiffs will dismiss the case within 15 days of the last of certain commitments being fulfilled by Defendants. Specifically, those are:

1. Payment of the sum specified in Part I of the Agreement.

2. Counsel for Defendants delivering by electronic mail to counsel for Plaintiffs the final, officially issued directives specified in Part III.A, III.B, and III.C of the Agreement, pertaining to prisoner processing, recording searches, and training on the use of stingballs.

*See* ECF 97-1, at 6 (Parts V.B & V.C).

As of this report, Item 1 has been completed. Item 2 is in progress.

The Settlement Agreement states that Defendants shall have 90 days (which runs in late July) to complete them. Therefore, the Parties respectfully request that

the Court order another joint status report to be filed on August 6, 2021, if the case has not been dismissed by that time.

Dated:  June 3, 2021.

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
aspitzer@acludc.org

*Counsel for Plaintiffs*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for the District of Columbia*

*/s/ Danny C. Onorato*
Danny C. Onorato (D.C. Bar No. 480043)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
Telephone: 202-628-4199

*Counsel for Defendant John Doe*